UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                                  **CASE NO. 3:00-cr-210-J-99TEM**

**JOHN JOSEPH BORGHESE**
_____/

## ORDER

Before the Court is Defendant's <u>Motion to Change Address</u> (Dkt # 104) filed April 21, 2005.

Upon due consideration, this Motion is **GRANTED**.

**DONE AND ORDERED** in Jacksonville, Florida, this   26   day of April, 2005.

_____
JOHN H. MOORE II
United States District Judge

Copies:        Counsel of Record
               Defendant (through counsel)
               U.S. Marshal
               U.S. Probation