**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

v.  Case No. **3:00-cr-210-J-99TEM**

**JOHN JOSEPH BORGHESE**
_____/

**ORDER REVOKING SUPERVISED RELEASE**

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on May 25, 2005.  The defendant appeared with counsel, Donald Mairs.  Also present was the Probation Officer and the Assistant United States Attorney John Sciortino.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release.  The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of his supervised release and that there is just cause for revocation of defendant's supervised release.  It is therefore, **ORDERED AND ADJUDGED**:

1. The Supervised Release provided in the Amended Order Revoking Supervised Release entered April 8, 2004 (Dkt. #90) as to the above-named defendant is hereby **REVOKED**.

2. The defendant, JOHN JOSEPH BORGHESE, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **ONE (1) YEAR.**

3. The restitution as ordered in the Judgment and Commitment Order entered December 21, 2000 (Dkt #61) shall remain in full force and effect with credit given for any amounts already paid by the defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this  25th  day of May, 2005.

JOHN H. MOORE II
United States District Judge

Copies to:
   Defendant c/o Counsel
   Donald Mairs - Counsel for Defendant
   John Scirotino - AUSA
   U.S. Marshal
   U.S. Bureau of Prisons
   U.S. Probation Office